IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Broadcast Music, Inc., *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:11-cv-0625 |
| v. | : | Judge Sargus |
| Bar None of Reynoldsburg, Inc., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Order Cancelling Settlement Week Mediation

On March 8, 2012, counsel for the parties participated in a telephone conference with the Magistrate Judge and requested that the Settlement Week mediation noticed for March 14, 2012 at 9:00 a.m. be cancelled. Plaintiffs requested that the mediation be cancelled because defendants have never responded to their settlement demand and have failed to provide responses to written discovery. Defendants' counsel apologized for the delays and promised to make a response to the settlement demand and provide responses to written discovery by **March 23, 2012.**

If the parties are unable to negotiate a settlement, counsel believe that the parties may be in a position to mediate in June 2012. The March 2012 Settlement Week mediation is CANCELLED. Counsel are DIRECTED to call me (614-719-3370) on or before **April 21, 2012** to set up a telephone conference to let me know the status of discovery, the parties' settlement discussions, and whether their clients want to participate in the June 2012 Settlement Week.

The Clerk of Court is DIRECTED to serve a copy of this Order on counsel and the

Settlement Week Mediator Kathryn Gugle, 2720 Airport Drive, Ste. 100, Columbus, OH 43219.

s/Mark R. Abel
United States Magistrate Judge
