IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Broadcast Music, Inc., *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:11-cv-00625 |
| v. | : | |
| Bar None of Reynoldsburg, Inc., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Order

This matter is before the Court on plaintiffs Broadcast Music, Inc., Coal Dust West Music, Cyanide Publishing, MJ Publishing Trust, Sony/ATV Songs LLC, and The Bernard Edwards Company LLC's unopposed May 14, 2012 motion for summary judgment (doc. 21).

When a motion for summary judgment is unopposed, the Court may properly limit its review to the facts relied on by plaintiffs. It has no duty to search the record. *Guarino v. Brookfield Twp.*, 980 F.2d 399, 404-05 and 407 (6th Cir. 1992). If defendants Bar None of Reynoldsburg, Inc., Richard L. Shearer, II, and Joel R. Rovito have any opposition to plaintiffs' motion for summary judgment, they must file their brief within fourteen (14) days of the date of this Order.

s/ Mark R. Abel
United States Magistrate Judge