IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Broadcast Music, Inc., *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:11-cv-00625 |
| v. | : | |
| Bar None of Reynoldsburg, Inc., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Order

This matter is before the Court on plaintiffs Broadcast Music, Inc., Coal Dust West Music, Cyanide Publishing, MJ Publishing Trust, Sony/ATV Songs LLC, and The Bernard Edwards Company LLC's unopposed August 8, 2012 memorandum in support of attorney fees and costs (doc. 24).

This Court previously awarded plaintiffs statutory damages of $12,000 and their full costs and attorney fees. *See* doc. 23. Plaintiffs' attorney's fees in this matter total $10,042, and Plaintiffs' costs total $ 531.74. The Clerk of Court is DIRECTED to enter JUDGMENT against Defendants Bar None of Reynoldsburg, Inc., Richard L. Shearer, and Joel R. Rovito in the total amount of $22,573.74.

s/ Mark R. Abel
United States Magistrate Judge