**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Broadcast Music, Inc., et al.,

     v.               Case Number 2: 11-cv-0625

Bar None of Reynoldsburg, Inc., et al.,

                      **Magistrate Judge Mark R. Abel**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED That pursuant to the September 13, 2012 Order, The Clerk is DIRECTED to enter JUDGMENT against Defendants Bar None of Reynoldsburg, Inc., Richard L. Shearer, and Joel Rovito in the total amount of $22,573.74.

Date: September 13, 2012

                                        s/Spencer D. Harris
                                        Spencer D. Harris Deputy Clerk