IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Broadcast Music, Inc., *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:11-cv-00625 |
| v. | : | |
| Bar None of Reynoldsburg, Inc., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# Order

The Court's July 3, 2012 Order granted plaintiffs' request for injunctive relief to prevent further copyright violations. *See* doc. 23. Therefore, the Clerk of Court is DIRECTED to amend the judgment to include the following:

> Defendants, their agents, servants, employees, and all persons acting under their permission and authority, are ENJOINED and RESTRAINED from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. § 502.

s/ Mark R. Abel
United States Magistrate Judge