**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### AMENDED JUDGMENT IN A CIVIL CASE

Broadcast Music, Inc., et al.,

v.                              Case Number 2:11-cv-0625

Bar None of Reynoldsburg, Inc., et al.,

**Magistrate Judge Mark R. Abel**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 13, 2012 Order, The Clerk is DIRECTED to enter Judgement against Defendants Bar None of Reynoldsbug, Inc., Richard L. Shearer, and Joel Rovito in the amount of $ 22, 573.74. Defendants, their agents, servants, employees, and all person under their permission and authority, are ENJOINED and RESTRAINED from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. § 502.

Date: September 18, 2012                    s/Spencer D. Harris
                                            Spencer D. Harris Deputy Clerk